UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                                          NO. 3:08-CR-142-CRS

WILLIAM LOUIS TOLBERT, JR.                                  DEFENDANT

## MEMORANDUM OPINION AND ORDER

This matter is before the court for consideration of the motion of Defendant William L. Tolbert Jr., *pro se*, "to remand removed action pursuant to 28 U.C.C. § 1447." DN 154.

Tolbert appears to be under the misperception that Case No. 08-F-12049 in which he was charged in the Jefferson County, Kentucky, District Court was removed to this Court. He asserts that "removal was improper" and "this court lacked subject matter jurisdiction over this matter." DN 154, p. 1.

The record reflects, and Tolbert states himself, that Case No. 08-F-12049 was dismissed by the Jefferson District Court on December 4, 2008 (DNs 57, p. 2; 154-2, p. 1). The case was thus not removed to federal court. Rather, Tolbert was indicted by a federal grand jury (DN 1) and was prosecuted in federal court under that indictment. Tolbert's motion is baseless.

Motion having been made and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the motion of Defendant William Louis Tolbert, Jr. *pro se* to remand removed action (DN 154) is **DENIED.**

January 24, 2022

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record

William Louis Tolbert, Jr., *pro se*
Reg. # 04711-033
USP Marion
P.O. Box 1000
4500 Prison Rd.
Marion, IL 62959